FILED

11/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0570

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0570

IN THE MATTER OF

M.E.H.,

A Youth in Need of Care.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, R.H., is granted an extension of time until January 30, 2023, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 23 2022